**FILED**

**DEC 13 2013**

Clerk, U S District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 13-cr-00083-EGS |
| : | |
| MIN JUNG CHO, : | |
| : | |
| Defendant. : | |
| : | |

## FINAL ORDER OF FORFEITURE FOR REAL PROPERTIES

**WHEREAS**, on June 27, 2013, this Court entered the First Amended Order of Forfeiture ("First Amended Order") forfeiting the real property located at 11600 Hunting Crest Lane, Vienna, VA, 22182 ("the Hunting Crest property") to the United States, pursuant to 21 U.S.C. § 853(p);

**WHEREAS**, on September 5, 2013, this Court entered the Fourth Amended Order of Forfeiture ("Fourth Amended Order") forfeiting the real property located at 475 K Street, N.W., Unit 612, Washington, D.C., 20001 ("the 475 K Street unit") to the United States, pursuant to 21 U.S.C. § 853(p);

**WHEREAS**, on November 14, 2013, this Court entered Interlocutory Sale Orders for the Hunting Crest property and the 475 K Street unit;

**WHEREAS**, Myong Jin Lee is listed on the title for the Hunting Crest property, M.H. Investment, LLC ("M.H. Investment"), is listed on the title for the 475 K Street unit, and Myong Jin Lee is the registered agent and managing member of M.H. Investment;

**WHEREAS**, Myong Jin Lee agreed to waive any right to receive direct written notice of the First Amended Order and waived any right to file a petition with the Court, pursuant to 21 U.S.C. § 853(n)(2), asserting a legal interest in the Hunting Crest property or any substitute res resulting from the interlocutory sale of the property;

*WHEREAS*, Myong Jin Lee, individually and on behalf of M.H. Investment, agreed to waive any right to receive direct written notice of the Fourth Amended Order and waived any right to file a petition with the Court, pursuant to 21 U.S.C. § 853(n)(2), asserting a legal interest in the 475 K Street unit or any substitute res resulting from the interlocutory sale of the property;

*WHEREAS*, Woori America Bank holds a secured interest in the Hunting Crest property and the 475 K Street unit, and the United States and Woori America Bank have agreed to distribute the sale proceeds from the subject properties in the manner specified in the Interlocutory Sale Orders;

*WHEREAS*, pursuant to Federal Rule of Criminal Procedure 32.2(b)(6)(A) and 21 U.S.C. § 853(n)(1), the United States published notice of the First Amended Order and Fourth Amended Order;

*WHEREAS*, the time period for filing a petition under 21 U.S.C. § 853(n)(2) has expired;

*WHEREAS*, no third party has filed a petition with the Court claiming an interest in the above-listed real properties;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.   That the following properties are forfeited to the United States, pursuant to 21 U.S.C. § 853(p):

   a. the real property located at 11600 Hunting Crest Lane, Vienna, VA, 22182, more particularly described as Lot 21A, Section 1, Bachman Property, as the same is set forth in Deed of Consolidation, Resubdivision, Conveyance, Easement, Vacation and Supplementary Declaration recorded in Deed Book 21212, page 834, and/or as shown or noted on plat attached thereto, recorded among the land records of Fairfax County, Virginia; and

   b. the real property located at 475 K Street, N.W., Unit 612, Washington, D.C., 20001.

2.  Any interest that Myong Jin Lee may have had in the above-listed real properties is extinguished. Any interest that M.H. Investment may have had in the real property located at 475 K Street, N.W., Unit 612, Washington, D.C., 20001, is extinguished.

3.  Any interest that any other third parties may have had in the above-listed real properties is extinguished.

4.  All right, title, and interest in the above-listed real properties is vested in the United States.

5.  The United States, pursuant to 21 U.S.C. § 853(n)(7), has clear title to the above-listed real properties and may warrant good title to any subsequent purchaser or transferee.

6.  The United States, pursuant to Federal Rule of Criminal Procedure 32.2(b)(3) and 21 U.S.C. § 853(g)-(h), is authorized to seize and dispose of the above-listed real properties by sale.

7.  The proceeds from the sale of the above-listed real properties shall be distributed in the manner specified in the Interlocutory Sale Orders.

8.  The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Anthony Saler, Asset Forfeiture and Money Laundering Section, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C., 20530.

Dated this _____ day of December, 2013.

_____
EMMET G. SULLIVAN
United States District Court Judge
for the District of Columbia